# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| REGINALD MOLTON, | ) |
| Petitioner, | ) |
| v. | ) 2:06-cv-00763-JHH-JEO |
| RICHARD ALLEN, COMMISSIONER, ADOC; ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On January 22, 2008, the magistrate judge assigned this habeas corpus action entered a report and recommendation finding that it was due to be dismissed because it was barred by the applicable statute of limitations. (Doc. 6). The report was mailed to the petitioner at his last known address. It was returned to the Clerk of the Court with the notation that the petitioner was "no longer in the [Alabama Department of Corrections] System."

Premised on this court's *de novo* review of the report and recommendation and the petitioner's failure to inform the court of his change of address, the court has reached an independent conclusion that the report and recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the

court.  In accord with the recommendation, this petition for writ of habeas corpus is due to be denied and dismissed with prejudice.  An appropriate order will be entered.

      **DONE** this the ___31st___ day of January, 2008.

                                              _/s/ James H. Hancock_
                                       SENIOR UNITED STATES DISTRICT JUDGE